IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GASPAR PEREZ, et al                                                     PLAINTIFFS

Vs.                          CASE NO. 3:13-cv-00019 DPM

FAMILY DOLLAR STORES                                                    DEFENDANTS
OF ARKANSAS, et al

ORDER

This case is set for a settlement conference on Wednesday, April 2, 2014. I note the parties have scheduled a private mediation in Memphis for March 26, 2014, one week earlier. (CM/ECF doc. 60)

If the private mediation is unsuccessful, it seems unlikely that a settlement conference a week later, with no additional discovery, would bear fruit. Settlement conferences in this district are not mandatory, and are set only on request of the parties. I certainly do not want to preclude a conference, but am reluctant to subject the parties to unproductive expense, or counsel and the Court to the expenditure of time and effort, unless there is a reasonable possibility of success.

Counsel must confer and inform the Court no later than **Thursday, March 20, 2014**, whether all parties want to proceed with the settlement conference on April 2, 2014. If not, I will cancel the conference. If all wish to proceed, I will be glad to hold the conference as scheduled. I would also stand ready to reschedule if you feel a later conference would have a better chance of success.

IT IS SO ORDERED THIS 17th DAY OF MARCH, 2014.

Jerry W. Cavaneau
United States Magistrate Judge