IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**GASPAR PEREZ and PERLA
MARIA FRANCO CADENA**                                    PLAINTIFFS

v.                          No. 3:13-cv-19-DPM

**FAMILY DOLLAR SERVICES, INC.;
FAMILY DOLLAR STORES OF ARKANSAS,
INC.; and FAMILY DOLLAR STORES, INC.**                   DEFENDANTS

**TWIN CITY FIRE INSURANCE COMPANY**                     INTERVENOR

ORDER

Pursuant to the parties' joint request, see attached, the case is stayed until 28 July 2014. Stipulation of dismissal due by that date.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 April 2014

# ALLEN, SUMMERS, SIMPSON, LILLIE & GRESHAM
### A PROFESSIONAL LIMITED LIABILITY COMPANY
### ATTORNEYS AND COUNSELORS

BRINKLEY PLAZA, 80 MONROE AVENUE, SUITE 650, MEMPHIS, TENNESSEE 38103-2466
TELEPHONE: (901) 763-4200 - FACSIMILE: (901) 684-1768

JAMES M. SIMPSON
e-mail: jsimpson@allensummers.com

April 2, 2014

Hon. D. P. Marshall, Jr.
United States District Court Judge
500 West Capitol Avenue
Little Rock, Arkansas 72201

Re:   *Gaspar Perez, et al. v. Family Dollar Services, Inc., et al.*
      Civil Action No.: 3:13-cv-19-DPM

Dear Judge Marshall:

This letter is written in response to your Order of March 27, 2014 advising that due to the settlement reached between the parties, the Court will dismiss all claims against all parties with prejudice on April 28, 2014 unless a party seeks some relief before that deadline. On behalf of the Plaintiffs, we are requesting that the Court stay the proceedings rather than dismiss the action pending the effectuation of the settlement of this action.

While the parties have reached a settlement, Defendants have advised that it will take as long as 120 days before the settlement proceeds can be delivered to Plaintiffs. Once the settlement proceeds have been received by Plaintiffs, Plaintiff Gaspar Perez must satisfy the claims of the third party intervenor. There is a separate settlement between Plaintiff Perez and the third party intervenor. Therefore, Plaintiffs request that the Court cancel all pending dates from its calendar and stay this matter pending the receipt by Plaintiffs of the settlement proceeds in full and satisfaction of the claims of the third party intervenor by Plaintiff Perez. Once the Settlement Agreements have been finalized and executed by the respective Parties; settlement payment received by Plaintiffs in full; and the third party intervenor's claims have been satisfied by Plaintiff Perez, the parties will submit a Fed. R. Civ. P. 41 stipulation of dismissal with prejudice to the Court signed by counsel for all parties

Prior to the submission of this letter, we consulted with Counsel for all parties and we are pleased to report to the Court that Counsel for all parties consent to staying this matter to

1

effectuate the settlement agreements as referenced herein. Thank you for your consideration of this request.

Sincerely,

*[signature]*

James M. Simpson

Cc: Kirk A. Caraway, Esq.
Betty Ann Milligan, Esq.
Bradford J. Spicer, Esq.
Lawrence A. Sutter, Esq.
Jonathan M. Menuez, Esq.
Scott D. Provencher, Esq.