IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GASPAR PEREZ and PERLA
MARIA FRANCO CADENA                                      PLAINTIFFS

v.                       No. 3:13-cv-19-DPM

FAMILY DOLLAR SERVICES, INC.;
FAMILY DOLLAR STORES OF ARKANSAS,
INC.; and FAMILY DOLLAR STORES, INC.                     DEFENDANTS

TWIN CITY FIRE INSURANCE COMPANY                         INTERVENOR

## ORDER

The Court notes the parties' joint stipulation of dismissal, № 86. The Court lifts the stay and dismisses all of Perez's and Cadena's claims against all defendants with prejudice. FED. R. CIV. P. 41(a)(1)(A)(ii).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 July 2014