IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GASPAR PEREZ and PERLA
MARIA FRANCO CADENA                                    PLAINTIFFS

v.                          No. 3:13-cv-19-DPM

FAMILY DOLLAR SERVICES, INC.;
FAMILY DOLLAR STORES OF ARKANSAS,
INC.; and FAMILY DOLLAR STORES, INC.                   DEFENDANTS

TWIN CITY FIRE INSURANCE COMPANY                       INTERVENOR

## JUDGMENT

Perez and Cadena's complaint is dismissed with prejudice.

D.P. Marshall Jr.
United States District Judge

28 July 2014