IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GASPAR PEREZ and PERLA
MARIA FRANCO CADENA                                              PLAINTIFFS

v.                              No. 3:13-cv-19-DPM

FAMILY DOLLAR SERVICES, INC.;
FAMILY DOLLAR STORES OF ARKANSAS,
INC.; and FAMILY DOLLAR STORES, INC.                             DEFENDANTS

TWIN CITY FIRE INSURANCE COMPANY                                 INTERVENOR

## AMENDED JUDGMENT

The Court inadvertently omitted the intervenor's claims in its original Judgment. The Court enters this Amended Judgment to correct the omission. Perez's and Cadena's claims against Family Dollar Services, Inc., Family Dollar Stores of Arkansas, Inc., and Family Dollar Stores, Inc. are dismissed with prejudice. Twin City Fire Insurance Company's complaint in intervention is dismissed with prejudice too.

_____
D.P. Marshall Jr.
United States District Judge

28 July 2014